IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CHARLES CANNELLA,

    Petitioner,

v.                                        CASE NO. 1:11-cv-00144-MP-GRJ

EDWIN BUSS,

    Respondent.

_____/

### O R D E R

This matter is before the Court on Doc. 3, Report and Recommendation of the Magistrate Judge, recommending that the petition be dismissed. The time for filing objections has passed, and none have been filed. The Court agrees with the Magistrate Judge that the claims in the petition can only be brought under 28 U.S.C. § 2254, not 28 U.S.C. § 2241. Additionally, since petitioner has already had a § 2254 petition denied, he must first receive permission from the Eleventh Circuit to file a second petition. No such permission was granted in this case. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is accepted and incorporated herein.

    2.    The petition is dismissed, and the Clerk is directed to close this case.

    **DONE AND ORDERED** this *13th* day of September, 2011

                                  *s/Maurice M. Paul*
                           Maurice M. Paul, Senior District Judge